**Judgment Vacated and Case Remanded and Opinion Filed July 31, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-01128-CV

**WORLD ONE CUISINE TEXAS, LLC, SATISH AKASAPU, PRASAD GOVINDRAJ, AND ARUL CHENDER RAJAH, Appellants**

**V.**

**RPAI IRVING LIMITED PARTNERSHIP, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-16986**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellants' joint motion to dismiss the appeal. Appellants ask that we dismiss the appeal and render judgment effectuating the parties' settlement agreement. We grant the motion as follows. We vacate the trial court's August 3, 2023 judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. TEX. R. APP. P. 42.1(a)(2)(B).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

231128F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

WORLD ONE CUISINE TEXAS, LLC, SATISH AKASAPU, PRASAD GOVINDRAJ, AND ARUL CHENDER RAJAH, Appellants

No. 05-23-01128-CV     V.

RPAI IRVING LIMITED PARTNERSHIP, Appellee

On Appeal from the 162nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-16986. Opinion delivered by Justice Kennedy. Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's August 3, 2023 judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

Subject to any agreement between the parties, we **ORDER** that appellee RPAI IRVING LIMITED PARTNERSHIP recover its costs of this appeal from appellants WORLD ONE CUISINE TEXAS, LLC, SATISH AKASAPU, PRASAD GOVINDRAJ, and ARUL CHENDER RAJAH.

Judgment entered July 31, 2024

–2–